

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2022

No. 04-21-00009-CV

Ernest **BUSTOS**,
Appellant

v.

**ENCINO PARK HOMEOWNERS ASSOCIATION**
and Spectrum Association Management LP,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
           Irene Rios, Justice
           Beth Watkins, Justice

The panel has considered Appellant's motion for rehearing; the motion is denied. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court